**JAMES J. SKELTON, ESQ.**
**Attorney at Law**
P.O. Box 1409
Fairfield, Connecticut 06825
-------
203-371-4568
Fax 203-371-4795
jayskelton@optonline.net

January 21, 2015

United States District Court
District of Connecticut
450 Main Street - Suite 320
Hartford, Connecticut 06103

Attn: Honorable Vanessa L. Bryant

Re:  Sylvain v. Nathanson, Cipriano, et al    **NOTICE OF SETTLEMENT**
     3:14 CV 01607 VLB

Dear Judge Bryant:

This letter is to advise you that the above-referenced matter has been resolved between the parties. The parties are not filing a Rule 26 (f) report this date due to the fact that the case has been settled. As stated in your local rules, the Court may infer from the parties' failure to file a 26(f) report that the matter has been settled. Based upon that inference, the Court will dismiss the case after fourteen (14) days notice.

The parties will seasonably file a Stipulation/Notice of Dismissal and forward a proposed Order in this case.

Thank you for Your Honor's assistance in this matter.

Respectfully,

*[signature]*

James J. Skelton

cc    Beverly Knapp Anderson, Esq.
      Fred Trotta, Esq.