UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE SYLVAIN | : |
| Plaintiff, | : |
| vs. | : Civil No. 3:14-cv-01607-VLB |
| NATHANSON, CIPRIANO & GAMBARDELLA, PC; RICHARD TERRY, ESQ.; AND MIDDLESEX HOSPITAL | : |
| | : February 16 2015 |
| Defendants. | |

## DISMISSAL STIPULATION

The Plaintiff and all Defendants agree that all claims of the Plaintiff, Julie Sylvain, may be dismissed with prejudice, no costs or fees awarded.

/s/ James J. Skelton
James J. Skelton (ct24214)
P.O. Box 1409
Fairfield, CT 06825
(203) 371-4568 [tel.]
jayskelton@optonline.net

/s/ Beverly Knapp Anderson
Beverly Knapp Anderson (ct05888)
Fontaine Alissi P.C.
750 Main Street, Suite 1600
Hartford, CT 06103
(860) 548-1122 [tel.]
(860) 548-1223 [fax]
bknapp@fontaine-alissi.com

/s/ Frederick J. Trotta, Sr.
Frederick J. Trotta, Sr. (ct02621)
Halloran & Sage LLP
195 Church Street, 15th floor
New Haven, CT 06510
(203) 672-5427 [tel.]
trotta@halloransage.com

## CERTIFICATION

I hereby certify that on this 16 day of February, 2015, a copy of the foregoing was filed electronically (and served by mail on anyone unable to accept electronic filing). Notice of this filing will be sent by e-mail to all parties named below by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing). Parties may access this filing through the Court's CM/ECF System.

Beverly Knapp Anderson
Fontaine Alissi P.C.
750 Main Street, Suite 1600
Hartford, CT 06103
bknapp@fontaine-alissi.com

Frederick J. Trotta, Sr.
Halloran & Sage LLP
195 Church Street, 15th floor
New Haven, CT 06510
203-672-5427
trotta@halloransage.com

_____
James J. Skelton

3661145v.1